**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Melissa A Hammer | : | Bankruptcy No.: 18-14479-elf |
| | : | |
| Debtor. | : | CHAPTER 13 |

## **NOTICE OF APPLICATION AND RESPONSE DEADLINE**

Patrick J. Best, Esquire, of ARM Lawyers, has filed an Application for Compensation and Reimbursement of Expenses Following the Confirmation of Debtor's Chapter 13 Plan in the present Chapter 13 Bankruptcy.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have on in this Bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the Application or if you want the court to consider your views on the Application, then on or before **August 14, 2019** you or your attorney must do the following:

    a. File an answer explaining your position at

        Office of the Bankruptcy Clerk
        The Madison Building
        400 Washington Street
        Reading, PA 19601

If you mail your answer to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    b. Mail a copy of the Movant's attorney

        Patrick J. Best, Esquire
        ARM Lawyers
        18 N 8th Street
        Stroudsburg, PA 18360

2

    2.  If you or your attorney does not take the steps described I paragraphs 1(a) and 1(b) above, the court may enter an order granting relief requested in the Application.

    3.  If a copy of the Application is not enclosed, a copy of the Application will be provided to you if you request a copy from the attorney named in paragraph 1(b).

    4.   You may contact the Bankruptcy Clerk's Office at (610) 208-5040 to find out whether the hearing has been cancelled because no one has filed an answer.

Date: <u>July 24, 2019</u>　　　　　　　　　　　/s/ Patrick J. Best
　　　　　　　　　　　　　　　　　　　　　　Patrick J. Best, Esquire
　　　　　　　　　　　　　　　　　　　　　　ARM Lawyers
　　　　　　　　　　　　　　　　　　　　　　18 N 8th Street
　　　　　　　　　　　　　　　　　　　　　　Stroudsburg, PA 18360
　　　　　　　　　　　　　　　　　　　　　　Phone: 570.424.6899
　　　　　　　　　　　　　　　　　　　　　　Facsimile: 484.544.8625